1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                    )
METROPOLE HOMEOWNERS                 )
ASSOCIATION,                                   )        No. C10-1272RSL
                                                    )
                        Plaintiffs,              )
            v.                                      )
                                                    )        ORDER GRANTING MOTION FOR
CHRISTINA R. SUAREZ, *et al.*,            )        SUMMARY JUDGMENT
                                                    )
                        Defendants.          )
_____)

        This matter comes before the Court on plaintiff's unopposed "Motion for

Summary Judgment" against defendants Christina R. Suarez and John Doe Suarez, husband and

wife.  Dkt. # 21.  Plaintiff has shown that defendants have failed to pay their proportional share

of the common expenses of the Metropole Homeowners Association and that plaintiff is

therefore entitled to summary judgment against defendants Christina R. Suarez and John Doe

Suarez in the following amounts:

Principal Judgment Amount (including monthly
        assessments, late charges, and title report)        $10,263.70

Interest on balances due (through 1/7/11)                    $ 2,333.89

Attorney's fees                                                      $ 2,637.00

Costs                                                                  $    457.54

Total:                                                                 $15,692.13

ORDER GRANTING MOTION FOR
SUMMARY JUDGMENT

1    Plus post-judgment interest on the total amount at the rate of 12% per annum.

2

3            The Clerk of Court is directed to enter judgment in favor of plaintiff and against

4    defendants Christina R. Suarez and John Doe Suarez, husband and wife.

5

6            DATED this 1st day of March, 2011.

7

8

9                                        Robert S. Lasnik
                                         United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION FOR
SUMMARY JUDGMENT                    -2-